THE NEW ALBANY AND SALEM RAILROAD COMPANY *v.*
FIX.

APPEAL from the *Floyd* Circuit Court.
*Per Curiam.*—The action was originally commenced be-
fore a justice of the peace, to recover the value of a horse
injured and destroyed by a locomotive of said company,
while running on their road.   The justice gave judgment
in favor of the plaintiff.   The company appealed.   In the
Circuit Court, there was a trial which resulted in a finding
for the plaintiff, upon which, a motion for a new trial being
overruled, the Court rendered a judgment, &c.

Upon the trial, it was proved that the plaintiff was the
owner of the horse in question; that the horse was of the
value of 85 dollars, and was killed by the defendants' loco-
motive, while running on their road, about one-half mile
from their depot in *New Albany*.   The railroad was not
fenced.   It was also proved that plaintiff lived six miles
from *New Albany*, and had, or at least occupied, no land
near the place where the horse was killed; and there was
evidence tending to prove that plaintiff had stopped at a
blacksmith's shop, about fifty yards from the railroad, and,
while bargaining for a wagon, had hitched his horse, and

by the running of the train the horse was scared, broke loose, and afterwards went on the road where he was killed.

All the questions arising in the record in this case, have been repeatedly decided by this Court. See *The Indianapolis, &c., Railroad Co.* v. *Townsend,* 10 Ind. R. 38; *The Jeffersonville Railroad Co.* v. *Applegate, id.* 49; *The Indianapolis, &c., Railroad Co.* v. *Meek, id.* 502; *The Jeffersonville Railroad Co.* v. *Dougherty, id.* 549.

The judgment is affirmed with 5 per cent. damages and costs.

*W. G. Cooper,* for the appellants.

*J. Collins,* for the appellee.